# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:10-CR-154** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **KEVIN TURNER** | : | |

## **ORDER**

AND NOW, this 21st day of September, 2012, upon consideration of the brief in opposition (Doc. 137) filed by the United States, which the court did not receive prior to its order (Doc. 132) reappointing Attorney Duncan as counsel for defendant to investigate the merits of a petition for habeas corpus on the grounds of impropriety by the investigator in this matter, and upon consideration of the response to defendant's request for new counsel filed Attorney Duncan, wherein Attorney Duncan advises that court that "there has been no evidence provided to counsel of Detective Saul doing anything illegal in Mr. Turner's case," and the court concluding that there is no basis for the appointment of new counsel, it is hereby ORDERED as follows:

1. Attorney Duncan is hereby TERMINATED as counsel for defendant Kevin Turner.

2. Defendant Kevin Turner's request for new counsel is DENIED.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge